UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| USA NUTRACEUTICALS GROUP, INC. and ULTRA-LAB NUTRITION, INC., D/B/A BEAST SPORTS,<br><br>PLAINTIFFS<br><br>vs.<br><br>BPI SPORTS, LLC and BPI SPORTS HOLDINGS, LLC.<br><br>DEFENDANTS | Case No. _____<br><br><br>JURY REQUESTED |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs USA Nutraceuticals Group, Inc. and Ultra-Lab Nutrition, Inc., d/b/a Beast Sports respectfully submit this disclosure statement pursuant to Fed. R. Civ. P. 7.1(a) and state as follows:

Plaintiff USA Nutraceuticals Group, Inc. is wholly owned by plaintiff Ultra-Lab Nutrition, Inc., d/b/a Beast Sports. Plaintiff Ultra-Lab Nutrition, Inc., d/b/a Beast Sports does not have any parent entities. No publicly held corporation owns 10% or more of the stock of either plaintiff.

Dated: March 18, 2015.                    Respectfully submitted,

By: /s/ Adam D. Palmer
Adam D. Palmer, P.A.
Florida Bar No. 735220
SCHOEPPL & BURKE, P.A.

                4651 N. Federal Highway
                Boca Raton, FL 33431
                Telephone: 561-394-5602
                Facsimile: 561-394-3121
                apalmer@schoepplburke.com

                Attorneys for Plaintiffs
                USA Nutraceuticals Group, Inc. and Ultra-Lab
                Nutrition, Inc., d/b/a Beast Sports

Of Counsel:

Ryan M. Kaiser (*pro hac vice to be filed*; ryan@amintalati.com)
AMIN TALATI & UPADHEYE, LLC
55 W. Monroe St., Suite 3400
Chicago, IL 60603
Telephone: (312) 327-3328
Facsimile: (312) 884-7352